# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
LASHANDA DANDRIDGE

**DEFENDANTS**
HOUSING AUTHORITY OF PARK FOREST

JUDGE ANDERSEN
MAGISTRATE JUDGE COX

**(b)** County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Astrid C. Montelegre
Legal Assistance Foundation of Metropolitan Chicago
900 East 162nd Street, Suite 101

Attorneys (If Known) PH
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd Suite 950
Chicago, IL 60606

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 U.S.C. section 1441

## IX. This case
[X] is not a refiling of a previously dismissed action.

**SIGNATURE OF ATTORNEY OF RECORD**
Thomas G. Gardiner 7/02/08