**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV3789 |
|---|---|

LASHANDA DANDRIDGE, Petitioner

v..

HOUSING AUTHORITY OF PARK FOREST, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Petitioner

| |
|---|
| NAME (Type or print) <br> Richard M. Wheelock |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard M. Wheelock |
| FIRM   Legal Assistance Foundation of Metropolitan Chicago |
| STREET ADDRESS   111 W. Jackson, 3rd floor |
| CITY/STATE/ZIP   Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6186597 | TELEPHONE NUMBER <br> 312-347-8389 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐