## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:    08CV3789

LASHANDA DANDRIDGE, Petitioner

v..

HOUSING AUTHORITY OF PARK FOREST, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Petitioner

| | |
|---|---|
| NAME (Type or print) <br> Jack Block | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jack Block | |
| FIRM    Legal Assistance Foundation of Metropolitan Chicago | |
| STREET ADDRESS    111 W. Jackson, 3rd floor | |
| CITY/STATE/ZIP    Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229806 | TELEPHONE NUMBER <br> 312-347-8307 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐        NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐        NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES **X**    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |