## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LASHANDA DANDRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 3789 |
| ) | |
| HOUSING AUTHORITY ) | |
| OF PARK FOREST, ) | Judge Anderson |
| ) | Magistrate Judge Cox |
| Defendant. ) | |

### NOTICE OF FILING

**TO:**    See Attached Service List

PLEASE TAKE NOTICE that on the 18th day of August 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing Defendant's Motion to Dismiss, a copy of which is hereby served upon you.

_____
Attorney for Defendant

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312-362-0000
Facsimile 312-362-0440
Atty. No. 29637

### CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that he caused to be served on the parties listed above copies of the foregoing notice and attached documents by sending them via Facsimile from the offices located at 53 West Jackson, Suite 950, Chicago, Illinois 60604, on August 18, 2008 before the hour of 6:00pm.

**<u>Service List:</u>**
Astrid C. Montealegre
Richard Wheelock
Jack Block
Legal Assistance Foundation of Metropolitan Chicago
900 East 162nd Street, Suite 101
South Holland, IL 60471
Telephone 708-271-4950
Facsimile 708-596-4108