UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASHANDA DANDRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  08 CV 3789 |
| | ) |
| HOUSING AUTHORITY | ) Judge Anderson |
| OF PARK FOREST, | ) Magistrate Judge Cox |
| | ) |
| Defendant. | ) |

NOTICE OF FILING

TO:   Thomas G. Gardiner
      GARDINER, KOCH & WEISBERG
      53 W. Jackson Blvd., Suite 950
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on August 20, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Motion for Remand.

                                        s/ Richard M. Wheelock
                                        One of Plaintiff's attorneys

Richard M. Wheelock
Jack Block
Lawrence Wood
Astrid Montealegre
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson, 3d Floor
Chicago, IL 60604
(312) 341-1070

CERTIFICATE OF SERVICE

      The undersigned, an attorney, does hereby certify that he caused to be served on the counsel listed above copies of the foregoing notice and Plaintiff's Motion For Remand by electronic filing on August 20, 2008, before the hour of 5:00 p.m.

                                                                       s/ Richard M. Wheelock