

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LASHANDA DANDRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HOUSING AUTHORITY | ) No. 08 CV3789 |
| OF PARK FOREST, | ) |
| | ) Judge Anderson |
| Defendant. | ) Magistrate Judge Cox |

**FILED**
Aug 11, 2008
AUG 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

TO: Thomas G. Gardiner
Gardiner KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on August ____, 2008 we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing Amended Emergency Motion for Temporary Restraining Order and Preliminary Injunction and that said motion is SET FOR HEARING on August ____, 2008 at ____:____ a.m. before the Honorable _____, in room _____, or any Judge sitting in his stead.

_____
One of Attorneys for Plaintiff

Astrid Montealegre
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson, 3d Floor
Chicago, IL 60604
(312) 341-1070

### CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that he caused to be served on the parties listed above copies of the foregoing notice and attached documents by in person delivery on August __8__, 2008 before the hour of 6:00 p.m.

_____