UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LASHANDA DANDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HOUSING AUTHORITY | ) | No. 08 CV 3789 |
| OF PARK FOREST, | ) | |
| | ) | Judge Anderson |
| Defendant. | ) | Magistrate Judge Cox |

NOTICE OF MOTION

TO:  Thomas G. Gardiner
GARDINER, KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on August 29, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing Amended Motion for Remand. Said Motion is set to be heard on **September 11, 2008** at 219 S. Dearborn, Chicago, Illinois 60604 by Judge Anderson in **Room 1403 at 9:00 a.m.**

                                                                  s/ Richard Wheelock

Astrid Montealegre
Larry Wood
Richard Wheelock
Jack Block
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson, 3d Floor
Chicago, IL 60604
(312) 341-1070

CERTIFICATE OF SERVICE

    The undersigned, an attorney, does hereby certify that he caused to be served on the counsel listed above copies of the foregoing notice and attached Amended Motion For Remand by electronic filing on August 29, 2008 before the hour of 5:00 p.m.

s/ Richard Wheelock